UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **NICOLE LEE NOKES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 15-3354 |
| ) | |
| **THE CAVALRY FIRM,** ) | |
| ) | |
| Defendant. ) | |

**OPINION ENTERING DEFAULT JUDGMENT**

SUE E. MYERSCOUGH, U.S. District Judge:

Before the Court is Plaintiff NICOLE LEE NOKES Motion for Entry of Default Judgment (d/e 14).  The Defendant, THE CAVALRY FIRM, has failed to appear, plead, or otherwise defend in this action.  On May 17, 2016, upon Plaintiff's Motion (d/e 12), United States Magistrate issued an entry of default against Defendant (d/e13).  Plaintiff NICOLE LEE NOKES now requests judgment against the defaulted Defendant.  Plaintiff has filed a timely motion and Plaintiff's counsel has filed a proper affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b).

For the foregoing reasons, IT IS HEREBY ORDERED THAT judgment is to be entered in favor of Plaintiff NICOLE LEE NOKES, and against Defendant, THE CAVALRY FIRM, with damages, attorney's fees, and costs to be set after a hearing before the Court. A hearing on damages is set for Friday, July 8, 2016, at 2:00 PM.

ENTER: June 27, 2016.

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE